## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No. 23-21287-CMB |
| ROBERTA J. PERBONISH and | : |
| MICHAEL J. PERBONISH, | : Chapter 13 |
| | : |
| Debtors. | : |
| | : |
| | : |
| ROBERTA J. PERBONISH and | : |
| MICHAEL J. PERBONISH, | : Related to Doc. Nos. 14 and 19, 26 |
| | : |
| Movants, | : |
| | : |
| v. | : |
| | : |
| ALLY BANK, | : |
| | : |
| Respondent. | : |
| | : |

### STIPULATION AND CONSENT ORDER RESOLVING ALLY BANK'S OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN DATED JUNE 26, 2023

Ally Bank ("**ALLY**"), by and through its undersigned counsel, Tucker Arensberg, P.C., and with the consent of the Debtors, Roberta J. Perbonish and Michael J. Perbonish (the "**Debtors**" and together with ALLY, the "**Parties**"), hereby file this Stipulation and Consent Order Resolving Ally Bank's Objection to Confirmation of Debtors' Chapter 13 Plan dated June 26, 2023, which was filed by ALLY on July 18, 2023, at Doc. No. 19, and in support thereof, stipulate as follows:

WHEREAS, on June 14, 2023 (the "**Petition Date**"), the Debtors filed a petition for relief under chapter 13 of title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "**Bankruptcy Code**");

WHEREAS, prior to the Petition Date, Debtor Roberta J. Perbonish purchased a 2020 Ford Escape Utility 4D S AWD 1.5L I3 Turbo, V.I.N. 1FMCU9F68LUC54162 (the "**Vehicle**")

TADMS:11476607-1 037132-197755

pursuant to a Retail Installment Sale Contract dated February 4, 2021, in the original principal amount of $27,111.13;

WHEREAS, ALLY is the holder of a security interest in the Vehicle, which interest has been perfected through notation on the Vehicle's Pennsylvania Certificate of Title;

WHEREAS, as of the Petition Date, the total amount of ALLY's claim was $22,465.46 (the "**Claim**");

WHEREAS, the Debtors' chapter 13 plan dated June 26, 2023 (the "**Plan**") identifies ALLY as holding a secured claim of $23,027.00 to be paid at 5.00% interest (Doc. No. 14);

WHEREAS, ALLY filed an Objection to the Plan based upon its treatment of ALLY's Claim (the "**Objection**") (Doc. No. 19);

WHEREAS, to resolve the Objection, the Parties have agreed to the terms set forth below.

AND NOW, based upon the foregoing, and with the Parties intending to be legally bound, it is hereby ORDERED, ADJUDGED, and DECREED that:

1.   ALLY shall hold a secured claim in the amount of $22,465.46 to be paid at an interest rate of 8.90%.

2.   Any order of Court confirming the Debtors' chapter 13 plan dated June 26, 2023, shall incorporate the terms of this Stipulation and Consent Order as it relates to ALLY's Claim.

3.   If the Debtors file an amended chapter 13 plan, any subsequent chapter 13 plan shall incorporate the terms of this Stipulation and Consent Order as it relates to ALLY's Claim.

4.   ALLY shall retain its lien on the Vehicle until the Debtors' chapter 13 plan has been fully completed or until ALLY has been paid the full amount to which it is entitled under applicable non-bankruptcy law, whichever occurs earlier.

5.    Upon payment in accordance with these terms and successful completion of the chapter 13 plan by the Debtors, ALLY shall release its lien on the Vehicle.

6.    This terms of this Stipulation and Consent Order may not be modified, revised, altered or changed to any extent, without the express written consent of both ALLY and the Debtors.

7.    This Court shall retain jurisdiction over this matter to enforce the terms of this Stipulation and Consent Order.

FILED
8/24/23 2:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

SO ORDERED:

_____
CARLOTA M. BÖHM, JUDGE
U.S. BANKRUPTCY COURT

CONSENTED TO BY:

_/s/ Charles James Grudowski_
Charles James Grudowski, Esq.
PA ID No. 91231
GRUDOWSKI LAW, P.C.
3925 Reed Boulevard, Suite 201
Murrysville, PA 15668
Phone:  412-904-1940
cjg@grudowskilaw.com
*Counsel for Debtors*

Dated:  August 18, 2023

_/s/ Maribeth Thomas_
Maribeth Thomas, Esq.
PA ID No. 208376
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, PA 15222
Phone:  412-594-3949
mthomas@tuckerlaw.com
*Counsel for Ally Bank.*

Dated:  August 18, 2023

3

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                         Case No. 23-21287-CMB

Michael J. Perbonish                                                           Chapter 13

Roberta J. Perbonish

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: auto                               Page 1 of 2

Date Rcvd: Aug 24, 2023            Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|------------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2023:**

| Recip ID | | Recipient Name and Address |
|----------|--|----------------------------|
| db/jdb | + | Michael J. Perbonish, Roberta J. Perbonish, 322 Rocktown Road, Tarrs, PA 15688-2129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2023                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2023 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor SN Servicing Corp. bnicholas@kmllawgroup.com |
| Charles James Grudowski | on behalf of Joint Debtor Roberta J. Perbonish cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Charles James Grudowski | on behalf of Debtor Michael J. Perbonish cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Maribeth Thomas | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Maribeth Thomas | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |

District/off: 0315-2                    User: auto                              Page 2 of 2
Date Rcvd: Aug 24, 2023               Form ID: pdf900                     Total Noticed: 1

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 7