**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>MICHAEL J. PERBONISH<br>ROBERTA J. PERBONISH<br><br>　　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　　Movant<br>　　vs.<br>CAPITAL ONE AUTO FINANCE - DIV<br>CAPITAL ONE NA<br><br>　　　　　Respondents | Case No. 23-21287CMB<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

　　DEBTORS COUNSEL HAS INDICATED THE DEBTORS VEHICLE HAS BEEN TOTALED.

| | |
|---|---|
| CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE NA<br>C/O AIS PORTFOLIO SERVICES LP<br>PO BOX 4360<br>HOUSTON, TX 77210 | Court claim# 7/Trustee CID# 5 |

The Movant further certifies that on 01/09/2026 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc: debtor(s)
　　original creditor
　　putative creditor
　　counsel for debtor(s)
　　counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>MICHAEL J. PERBONISH, ROBERTA J. PERBONISH, 322 ROCKTOWN ROAD, TARRS, PA  15688 | DEBTOR'S COUNSEL:<br>CHARLES J GRUDOWSKI ESQ(*), GRUDOWSKI LAW ASSOCIATES PC, 3925 REED BLVD STE 201, MURRYSVILLE, PA 15668 |
| ORIGINAL CREDITOR:<br>CAPITAL ONE AUTO FINANCE - DIV CAPITAL ONE NA, C/O AIS PORTFOLIO SERVICES LP, PO BOX 4360, HOUSTON, TX  77210 | :<br>CAPITAL ONE AUTO FINANCE**, C/O AIS PORTFOLIO SERVICES LP, ATTN BANKRUPTCY NOTICES, 4515 N SANTA FE AVE DEPT APS, OKLAHOMA CITY, OK 73118 |
| NEW CREDITOR: | |