**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Michael J. Perbonish and                )
         Roberta J. Perbonish,                )    Bankruptcy No. 23-21287-CMB
                                         )
         Debtor.                )    Chapter 13
_____ )
                                           )    **Hearing Date: July 21, 2026**
         Grudowski Law, P.C.,                )    **Hearing Time: 10:30 a.m.**
                                           )    **Location: U.S. Steel Tower**
         Applicant,                )                 **600 Grant Street, 54th Floor**
                                           )                 **Pittsburgh, PA 15219**
         vs.                )                 **Courtroom B**
                                             )
         No Respondent(s),                )    Related to Docket No. 50

**ORDER OF COURT**

**AND NOW,** to-wit, this___                                                   , 2026 the **APPLICATION OF
GRUDOWSKI LAW, P.C. FOR INTERIM COMPENSATION AS COUNSEL FOR THE DEBTORS** is
approved for the total amount of **$5,812.50** for legal services rendered on behalf of the Debtor for the period
between June 5, 2023 through June 16, 2026.

.
.

FILED
7/8/26 2:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_  glb
Carlota M. Böhm
United States Bankruptcy Judge

# ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 23-21287-CMB

Michael J. Perbonish                                                      Chapter 13

Roberta J. Perbonish

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael J. Perbonish, Roberta J. Perbonish, 322 Rocktown Road, Tarrs, PA 15688-2129 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles James Grudowski | on behalf of Joint Debtor Roberta J. Perbonish cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Charles James Grudowski | on behalf of Debtor Michael J. Perbonish cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Elizabeth Trachtman | on behalf of Creditor Capital One Auto Finance  a Division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| Maribeth Thomas | on behalf of Creditor Ally Bank  c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Maribeth Thomas | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC mthomas@tuckerlaw.com, maribeth.thomas@gmail.com |
| Matthew Fissel | |

District/off: 0315-2

User: auto

Page 2 of 2

Date Rcvd: Jul 08, 2026

Form ID: pdf900

Total Noticed: 1

on behalf of Creditor SN Servicing Corp. bkgroup@kmllawgroup.com  wbecf@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 8